UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA A. PREPHAN,

                 Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., and
PALISADES COLLECTION, LLC, and
CHASE BANK,

                 Defendants.

Civil Action No.
3:11-cv-00434-JZ

## NCO FINANCIAL SYSTEMS, INC.'s
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes, NCO Financial Systems, Inc., which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.      Fed. R. Civ. P. 7.1(a) provides:  "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.      NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation.  JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation.  All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a Delaware corporation.  Various corporate affiliates of Citigroup, Inc. own approximately 7% of NCO Group, Inc. stock.  One

Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Respectfully Submitted,

/s/ Franklin C. Malemud
Franklin C. Malemud, Esq. (0068356)
Reminger Co., LPA
101 West Prospect Ave.
1400 Midland Building
Cleveland,OH 44115
216-687-1311; 216-687-1841 Fax
Email: fmalemud@reminger.com
*Attorney for NCO Financial Systems, Inc. and*
*Palisades Collection, LLC*

## CERTIFCATION OF SERVICE

A copy of the foregoing has been forwarded via regular U.S. Mail on this 3rd day of March 2011 to the following:

Kyle A. Silvers, Esq.   Attorney for Plaintiff
Shindler, Neff, Holmes,
Schlageter & Mohler, LLP
300 Madison Ave., #1200
Toledo, OH 43604

David Yeagley, Esq.   Attorney for Chase Bank
Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448

/s/ Franklin C. Malemud
Franklin C. Malemud, Esq. (0068356)
