IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Patricia A. Prephan, | Case No. 3:11 CV 434 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| NCO Financial Systems, Inc., et al., | |
| Defendants. | |

Upon review of the docket in this recently filed case, the Court finds it necessary and proper to recuse himself. Pursuant to 28 USC §455(b)(4), the Court has "a financial interest . . . in a party to the proceeding." The Court directs that this case be returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 14, 2011