IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. PREPHAN | ) | Case No. 11-CV-0434 |
| | ) | Judge Katz |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |
| vs. | ) | |
| NCO FINANCIAL SYSTEMS, INC., et al. | ) | |
| | ) | Kyle A. Silvers (0067654) SHINDLER, NEFF, HOLMES, SCHLAGETER & MOHLER, LLP. |
| | ) | 300 Madison Ave., Suite 1200 Toledo, OH 43604 |
| Defendants. | ) | Tel: 419-243-6281 Fax: 419-243-0129 |
| | ) | Attorney for Plaintiff |

NOW COMES PLAINTIFF, PATRICIA A. PREPHAN, by undersigned counsel, and respectfully requests an extension of time to respond to Defendant Chase Bank's Motion to Dismiss Complaint.

Plaintiff requests an additional seven (7) days to respond to the Motion, of which she was not provided a copy by Defendant Chase Bank's counsel, and anticipates no further delay.

Respectfully submitted,

/s/ Kyle A. Silvers
Kyle A. Silvers, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    This certifies that a copy of the foregoing was sent by ordinary U.S. Mail this 22nd day of March, 2011 to David D. Yeagley, Esq., Ulmer & Berne, LLP., Skylight Office Tower, 1660 W. 2nd St., Suite 1100, Cleveland, OH 44113, Counsel for Defendant Chase Bank USA, and Franklin C. Malemud, Esq., Reminger Co., LPA, 1400 Midland Bldg., 101 Prospect Ave. West, Cleveland, OH 44115., Counsel for Defendants NCO Financial Systems, Inc., and Palisades Collection, LLC.

                                                                                     /s/ Kyle A. Silvers
                                                                                   Kyle A. Silvers