IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. PREPHAN | ) | Case No. 11-CV-0434 |
| | ) | Judge Katz |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |
| vs. | ) | |
| NCO FINANCIAL SYSTEMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER CAME BEFORE THE COURT on Plaintiff's Motion requesting a seven-day extension of time to file her response to Defendant Chase Bank USA's Motions to Dismiss.

FOR GOOD CAUSE SHOWN, Plaintiff is hereby granted leave to file her response until March 29, 2011.

IT IS SO ORDERED.

Date:  
                                                         s/ David A. Katz  
                                                         Judge David A. Katz

cc: Kyle A. Silvers, Esq., Attorney for Plaintiff  
     Franklin C. Malemud, Esq., Attorney for Defendants NCO Financial Systems and Palisades Collection, LLC.  
     David D. Yeagley, Esq., Attorney for Defendant Chase Bank USA

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing was sent by ordinary U.S. Mail this 22nd day of March, 2011 to David D. Yeagley, Esq., Ulmer & Berne, LLP., Skylight Office Tower, 1660 W. 2nd St., Suite 1100, Cleveland, OH 44113, Counsel for Defendant Chase Bank USA, and Franklin C. Malemud, Esq., Reminger Co., LPA, 1400 Midland Bldg., 101 Prospect Ave. West, Cleveland, OH 44115., Counsel for Defendants NCO Financial Systems, Inc., and Palisades Collection, LLC.

/s/ Kyle A. Silvers
Kyle A. Silvers