IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. PREPHAN, | ) | Case No. 11-CV-0434 |
| | ) | |
| Plaintiff, | ) | Judge Katz |
| | ) | |
| v. | ) | **STIPULATED DISMISSAL ENTRY** |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| et al., | ) | |
| | ) | Kyle A. Silvers, Esq. (0067654) |
| Defendants, | ) | SHINDLER, NEFF, HOLMES, |
| | ) | SCHLAGETER, & MOHLER, L.L.P. |
| | ) | 1200 Edison Plaza |
| | ) | 300 Madison Avenue |
| | ) | Toledo, Ohio 43604-1556 |
| | ) | (419) 243-6281 |
| | ) | FAX: (419) 474-9522 |
| | ) | Counsel for Plaintiff |
| | ) | Patricia A. Prephan |
| | ) | |

    Plaintiff Patricia A. Prephan and Defendants Chase Bank USA and Palisades Collection LLC., hereby stipulate that this action shall be and hereby is dismissed, with prejudice, with Plaintiff to pay the Court costs. All other fees and costs are and remain the responsibility of the incurring party.

                                          Respectfully Submitted,

                                          /s/Kyle A. Silvers
                                          Kyle A. Silvers, Esq.
                                          Attorney for Plaintiff

/s/ Franklin C. Malmude, Esq., via electronic consent 12-15-11
Franklin C. Malemud, Esq. (0068356)
Reminger Co., LPA
1400 Midland Building
101 West Prospect Ave.
Cleveland, OH 44115
(216) 687-1311
(216) 687-1841 (fax)
fmalemud@reminger.com

Attorney for NCO Financial Systems, Inc. and Palisades Collection, LLC


/s/ David D. Yeagley, Esq., via electronic consent 12-15-11
David D. Yeagley (0042433)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44114
Phone: (216) 583-7000
Fax: (216) 583-7001
dyeagley@ulmer.com

Attorney for Defendant
Chase Bank USA, N.A.

2