IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. PREPHAN, | ) | Case No. 11-CV-0434 |
| | ) | |
| Plaintiff, | ) | Judge Katz |
| | ) | |
| v. | ) | **STIPULATED DISMISSAL ENTRY** |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., et al., | ) | |
| | ) | Kyle A. Silvers, Esq. (0067654) |
| Defendants, | ) | SHINDLER, NEFF, HOLMES, |
| | ) | SCHLAGETER, & MOHLER, L.L.P. |
| | ) | 1200 Edison Plaza |
| | ) | 300 Madison Avenue |
| | ) | Toledo, Ohio 43604-1556 |
| | ) | (419) 243-6281 |
| | ) | FAX: (419) 474-9522 |
| | ) | Counsel for Plaintiff |
| | ) | Patricia A. Prephan |
| | ) | |

Plaintiff Patricia A. Prephan and Defendants Chase Bank USA and Palisades Collection LLC., hereby stipulate that this action shall be and hereby is dismissed, with prejudice, with Plaintiff to pay the Court costs. All other fees and costs are and remain the responsibility of the incurring party.

Respectfully Submitted,

/s/Kyle A. Silvers
Kyle A. Silvers, Esq.
Attorney for Plaintiff

1